**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**Judith Ann Riggs, et al.**                                                                                          **PLAINTIFFS**

       **v.**                   **Civil No. 05-3041**

**WYETH, INC., et al.**                                                                                                **DEFENDANTS**

## O R D E R

    The Court, noting that this matter has been remanded by the United States Judicial Panel on Multidistrict Litigation for further proceedings, hereby directs all parties to confer and file a joint report with this Court containing the following information:

    1)   The specific discovery that remains to be conducted.

    2)   The time reasonably needed to complete that discovery.

    3)   The length of time anticipated to be needed for trial of the issues.

    4)   Any other significant matter bearing on the readiness of this case for trial.

    This joint report should be filed within twenty-one (21) days of the date of this Order.

    Upon receipt of the joint report, the Court will issue a Final Scheduling Order.

    **IT IS SO ORDERED** this 19th day of July, 2010.

                                      **/s/ Jimm Larry Hendren**
                                      **JIMM LARRY HENDREN**
                                      **UNITED STATES DISTRICT JUDGE**